524

Joseph Palaggi, Appellant, v. Catherine Newman and R. B. Tanner, Appellees.

Gen. No. 42,515.

opinion filed June 21, 1943. Royal W. Irwin, for appellant; O'Brien & Hanrahan, for appellees; Matthew J. O'Brien and James R. Hanrahan, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."

Eva Bryant, Appellee, v. City of Chicago, Appellant.

Gen. No. 42,534.

opinion filed June 21, 1943; rehearing denied July 6, 1943. Barney Hodes, Corporation Counsel, for appellant; J. Herzl Segal and L. Louis Karton, Assistant Corporation Counsel, of counsel; Alan Gould and Samuel J. Baskin, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."